**MORRIS A. DUBBIN v. FRANCES J. BARNES, a single person**

13 So. (2nd) 818                                  January Term, 1943
May 21, 1943                                       Division A
Rehearing Denied June 10, 1943

*Warwick & Mooney,* for appellant.

*R. C. Prescott* and *Metcalf & Finch,* for appellee.

PER CURIAM:

The only question submitted by this appeal is the sufficiency of the evidence to sustain the decree. We find the evidence sufficient and the decree is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.